ACCEPTED
01-15-00854-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 3:39:19 PM
CHRISTOPHER PRINE
CLERK

**HUSCH BLACKWELL**

Afton Sands
111 Congress Avenue, Suite 1400
Austin, TX 78701-4043
Direct: 512-479-1143
Fax: 512-479-1101
afton.sands@huschblackwell.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

11/30/2015 3:39:19 PM

CHRISTOPHER A. PRINE
Clerk

November 30, 2015

Via E-Filing

Christopher A. Prine
Clerk, First Court of Appeals
301 Fannin Street
Houston, Texas 77002

> Re: Case No. 1-15-00854; *PHCC – La Hacienda Rehabilitation & Healthcare Center, LLC v Keith Crume*

Dear Mr. Prine:

The undersigned hereby requests, via Federal Express, a copy of the clerk's record in the above-referenced case. Please call my assistant, Cathy Rader, at 512-703-5764 to obtain our Federal Express account number.

Thank you for your prompt attention to this request.

Very truly yours,

*/s/ Afton Sands*
Afton Sands

cc: All counsel of record (via e-file)

AUS-6199273-1 6056520/54